IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00129-MR

| | |
|---|---|
| SELEE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>McDANEL ADVANCED CERAMIC )<br>TECHNOLOGIES, LLC, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On August 29, 2015, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by September 22, 2015. [Doc. 15 at 1, 10]. To date, no such report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: September 26, 2015

Martin Reidinger
United States District Judge